ACCEPTED
01-14-00814-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/10/2015 10:13:16 AM
CHRISTOPHER PRINE
CLERK

NO. 01-14-00814-CR
Trial Court No. 1404499

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/10/2015 10:13:16 AM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FIRST SUPREME JUDICIAL DISTRICT
at Houston, Texas

**ADRIANA TAMEZ,** *Appellant*

**v.**

**STATE OF TEXAS,** *Appellee*

## MOTION FOR VOLUNTARY DISMISSAL

TO THE FIRST COURT OF APPEALS:

Appellant, Adriana Tamez, pursuant to Rules 42.2(a) of the Texas Rule of Appellate Procedure, files this motion for voluntary dismissal, and shows:

### I.

Appellant no longer desires to prosecute the above appeal. In that regard, appellant hereby withdraws her notice of appeal and moves to dismiss the appeal. No other party is seeking any relief under this appeal. Appellant approves of this motion as reflected by his signature appearing in the document attached hereto.

Accordingly, appellant, Adriana Tamez, requests that this appeal be dismissed.

1

Respectfully submitted,

/s/Timothy A. Hootman
TIMOTHY A. HOOTMAN
SBN 09965450
2402 Pease St
Houston, TX 77003
713.247.9548
713.583.9523 (fax)
E-mail: thootman2000@yahoo.com

ATTORNEY FOR APPELLANT, ADRIANA TAMEZ

## CERTIFICATE OF SERVICE

I hereby certify that, in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure, I have served the forgoing document upon the following attorneys by personal mail, commercial delivery service, fax, or electronic service:

Alan Curry
Harris County DA's Office
1201 Franklin, 6th Fl
Houston, TX 77002

Dated: February 10, 2015

/s/Timothy A. Hootman
TIMOTHY A. HOOTMAN

1-30-15

I wish for my lawyer to dismiss
my appeal pending in case No.
01-14-00814-CR.

Adriana Tamez